IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BRANDON R. CLARK,

                  Plaintiff,

v.

DEMATIC CORP.; DEMATIC NORTH AMERICA;
HK SYSTEMS, INC.; HK SYSTEMS UHS; LITTON
SYSTEMS, INC.; LITTON SYSTEMS
INTERNATIONAL, INC.; LITTON UNIT HANDLING
SYSTEMS (a Division of Litton Systems, Inc.);
NORTHROP GRUMMAN GUIDANCE AND
ELECTRONICS COMPANY, INC.; WESTERN ATLAS
INC. (f/k/a Litton Industrial Automation Systems, Inc.);
DESIGNED CONVEYOR SYSTEMS, INC.;
DESIGNED CONVEYOR SYSTEMS, LLC;
INTERMEC, INC.; and INTERMEC TECHNOLOGIES
CORPORATION,

                  Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No.:
5:14-CV-750 (DNH/TWD)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action (including all claims, cross-claims and/or counterclaims) be and the same hereby is discontinued and dismissed as against all Defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Attorneys for Plaintiff

Dated: February 1, 2016

By: PORTER NORDBY HOWE LLP

_____
Eric C. Nordby, of Counsel (506583)

Office & P.O. Address
125 East Jefferson Street, 11th Floor
Syracuse, New York 13202-2550
315.477.9900
315.477.9923 (facsimile)

Attorneys for Defendants Dematic Corp., Dematic North America, HK Systems, Inc., and HK Systems UHS:

Dated: October ____, 2015

HARRIS BEACH PLLC

By: _____
David M. Capriotti, of Counsel

Office & P.O. Address
333 East Washington Street, Suite 200
Syracuse, New York 13202
315.214-2038
315.422-9331 (facsimile)

Attorneys for Defendants Litton Systems, Inc., Litton Systems International, Inc., Litton Unit Handling Systems and Northrop Grumman Guidance and Electronics Company, Inc.:

Dated: October ____, 2015

HARTER SECREST & EMERY LLP

By: _____
Jeffrey A. Wadsworth, of Counsel

Office & P.O. Address
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
585.232.6500
585.232.2152 (facsimile)

Attorneys for Plaintiff:

Dated: October ___, 2015

PORTER NORDBY HOWE LLP

By: _____
Eric C. Nordby, of Counsel (506583)

Office & P.O. Address
125 East Jefferson Street, 11th Floor
Syracuse, New York 13202-2550
315.477.9900
315.477.9923 (facsimile)

Attorneys for Defendants Dematic Corp., Dematic North America, HK Systems, Inc., and HK Systems UHS:

Dated: October 26, 2015

HARRIS BEACH PLLC

By: _____
David M. Capriotti, of Counsel

Office & P.O. Address
333 East Washington Street, Suite 200
Syracuse, New York 13202
315.214-2038
315.422-9331 (facsimile)

Attorneys for Defendants Litton Systems, Inc., Litton Systems International, Inc., Litton Unit Handling Systems and Northrop Grumman Guidance and Electronics Company, Inc.:

Dated: October ___, 2015

HARTER SECREST & EMERY LLP

By: _____
Jeffrey A. Wadsworth, of Counsel

Office & P.O. Address
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
585.232.6500
585.232.2152 (facsimile)

<u>Attorneys for Plaintiff:</u>  PORTER NORDBY HOWE LLP

Dated: October ___, 2015  By: _____
Eric C. Nordby, of Counsel (506583)

Office & P.O. Address
125 East Jefferson Street, 11th Floor
Syracuse, New York 13202-2550
315.477.9900
315.477.9923 (facsimile)

<u>Attorneys for Defendants Dematic Corp., Dematic North America, HK Systems, Inc., and HK Systems UHS:</u>

Dated: October ___, 2015  HARRIS BEACH PLLC

By: _____
David M. Capriotti, of Counsel

Office & P.O. Address
333 East Washington Street, Suite 200
Syracuse, New York 13202
315.214-2038
315.422-9331 (facsimile)

<u>Attorneys for Defendants Litton Systems, Inc., Litton Systems International, Inc., Litton Unit Handling Systems and Northrop Grumman Guidance and Electronics Company, Inc.:</u>

Dated: October 26, 2015  HARTER SECREST & EMERY LLP

By: _____
Jeffrey A. Wadsworth, of Counsel

Office & P.O. Address
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
585.232.6500
585.232.2152 (facsimile)

Attorneys for Western Atlas Inc.
(f/k/a Litton Industrial Automation Systems, Inc.):

Dated: October 21, 2015

By: *[signature]*
CIPRIANI & WERNER
David E. Heisler, of Counsel

Office & P.O. Address
409 Lackawanna Ave., Suite 402
Scranton, Pennsylvania 18503
570.347.0600
570.347.4018 (facsimile)

Attorneys for Defendants Designed Conveyor Systems, Inc. and Designed Conveyor Systems, LLC:

Dated: October 27, 2015

By: *[signature]*
SMITH SOVIK KENDRICK & SUGNET, P.C.
Steven W. Williams, of Counsel

Office & P.O. Address
250 South Clinton Street
Syracuse, New York 13202
315.474.2911
315.474.6015 (facsimile)

Attorneys for Defendants Intermec, Inc. and Intermec Technologies Corporation:

Dated: October ___, 2015

By: _____
LAW OFFICES OF THERESA J. PULEO
Murry S. Brower, of Counsel

Office & P.O. Address
1 Park Place, Suite 402
Albany, New York 12205
518.454.4600
518.454.4662 (facsimile)

Attorneys for Western Atlas Inc.
(f/k/a Litton Industrial Automation
Systems, Inc.):

Dated: October \_\_\_\_, 2015                    CIPRIANI & WERNER

                                        By: _____
                                            David B. Heisler, of Counsel

                                            Office & P.O. Address
                                            409 Lackawanna Ave., Suite 402
                                            Scranton, Pennsylvania 18503
                                            570.347.0600
                                            570.347.4018 (facsimile)

Attorneys for Defendants Designed
Conveyor Systems, Inc. and Designed
Conveyor Systems, LLC:

Dated: October \_\_\_\_, 2015                    SMITH SOVIK KENDRICK & SUGNET, P.C.

                                        By: _____
                                            Steven W. Williams, of Counsel

                                            Office & P.O. Address
                                            250 South Clinton Street
                                            Syracuse, New York 13202
                                            315.474.2911
                                            315.474.6015 (facsimile)

Attorneys for Defendants Intermec, Inc.
and Intermec Technologies Corporation:

Dated: October 26, 2015                  LAW OFFICES OF THERESA J. PULEO

                                        By: /s/ Murry S. Brower
                                            Murry S. Brower, of Counsel

                                            Office & P.O. Address
                                            1 Park Place, Suite 402
                                            Albany, New York 12205
                                            518.454.4600
                                            518.454.4662 (facsimile)

SO ORDERED:

Dated: February 1, 2016

_____
David N. Hurd
United States District Judge